IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YING QUAN CHEN | : |
|    Petitioner | : |
|       v. | :   Civil Action No. AMD-07-1716 |
| MICHAEL CHERTOFF, Secretary DEPARTMENT OF HOMELAND SECURITY, et al. | : : |
|    Respondents | : |

...o0o...

MEMORANDUM

On June 29, 2007, pursuant to this 28 U.S.C. §2241 petitioner seeks a writ of habeas corpus in challenging his post-removal-order detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001).[*]  Petitioner is subject to a final order of removal and does not challenge that order in this petition. Respondents have filed an answer in opposition. Additionally, on October 2, 2007, respondents notified the court of the intention to remove petitioner from the United States on or about October

---

[*]Petitioner, a native and citizen of China, entered the United States without inspection on December 10, 1992. Subsequently, he was charged with deportability. On June 30, 1998, an immigration judge denied his application for relief and granted him voluntary departure. Petitioner's appeal of this decision to the Board of Immigration Appeals (BIA) was dismissed on April 26, 2002. The BIA granted petitioner voluntary departure, and ordered that if he failed to leave the United States within thirty days of the order, the grant of voluntary departure would become a deportation order. Petitioner did not depart the United States. On March 22, 2007, petitioner was taken into ICE custody after attempting to gain entry to the National Security Agency at Fort Meade, Maryland. On May 1, 2007, petitioner filed a motion to reopen and a request for a stay of deportation with the New York Immigration Judge. On May 1, 2007, the Immigration Judge stayed deportation "effective until determination of such motion [to reopen]." On June 4, 2007, the Immigration Judge denied the motion to reopen for lack of jurisdiction. Petitioner appealed the Immigration Judge's denial of his motion to reopen to the BIA. On August 1, 2007, the BIA dismissed the appeal, affirming the Immigration Judge's determination. On August 15, 2007, Petitioner filed a petition for review and a motion for stay of deportation in United States Court of Appeals for the Second Circuit which remains pending.

Case 1:07-cv-01716-AMD   Document 7   Filed 10/03/07   Page 2 of 2
16, 2007.

In light of this information, it appears that petitioner's removal is imminent and his habeas challenge to his post-order detention under § 1231(a)(6) and *Zadvydas* has been rendered moot. Accordingly, this case shall be administratively closed. Respondents shall be directed to file a status report with documentation on or before October 30, 2007, detailing petitioner's removal status. A separate order follows.

Date: October 3, 2007            _/s/_____
                                 Andre M. Davis
                                 United States District Judge